| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X | ECF Case |
| ROBERTO ESPINO BARROS and<br>FRANCISCO GASPAR, *individually and on*<br>*behalf of others similarly situated,* | 08-CV-3461 (LTS) |
| Plaintiffs,<br><br>-against- | **FEDERAL RULE OF CIVIL**<br>**PROCEDURE 7.1 DISCLOSURE**<br>**STATEMENT OF DEFENDANT**<br>**WAN CHI CORP.** |
| WAN CHI CORP. (d/b/a as CHARLIE MOM<br>CHINESE CUISINE and CHARLIE MOM<br>RESTAURANT), AND WAYNE HON,<br><br>*Defendants*.<br>-----------------------------------------------------------X | |

Defendant WAN CHI CORP., by its attorneys, Sapir & Frumkin LLP, certifies that it is not owned by any parent corporation and that no publicly-held corporation holds 10% or more of its stock.

Dated:  White Plains, New York
        July 7, 2008

Yours, etc.,

**SAPIR & FRUMKIN LLP**

By:  /s/ John C. O'Dea
     John C. O'Dea (JO 0579)
     Attorneys for Defendants
     Wan Chi Corp. and Wayne Hon
     399 Knollwood Road, Suite 310
     White Plains, New York 10603
     (914) 328-0366

To:    Michael Faillace, Esq.
       Michael Faillace & Associates, P.C.
       *Attorneys for Plaintiffs*
       110 East 59th Street, 32nd Floor
       New York, NY 10022

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2008, a copy of the FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WAN CHI CORP. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

      Michael Faillace, Esq.
      Michael Faillace & Associates, P.C.
      *Attorneys for Plaintiffs*
      110 East 59th Street, 32nd Floor
      New York, NY 10022

    Parties may access this filing through the Court's electronic filing system

                                       /s/ Rachel L. Horton
                                        Rachel L. Horton