

# SAPIR & FRUMKIN LLP
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: JODea@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***
SCOTT R. ABRAHAM**

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA.

PARALEGAL
RACHEL L. HORTON

TEL: (914) 328-0366
FAX: (914) 682-9128



July 9, 2008

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

    Re:    *Roberto Espino Barros and Francisco Gaspar, et al. v. Wan Chi Corp. d/b/a Charlie Mom Chinese Cuisine and Charlie Mom Restaurant, and Wayne Hon*
           SDNY Docket No. 08-CV-3461
           Our File No. 08-7997

Dear Judge Swain:

    We are the attorneys for the Defendants in the above referenced matter. We are writing to request an adjournment of the pre-trial conference currently scheduled for Friday, July 18, 2008 at 3:00 p.m. Our office has only recently been retained by the defendants and we have not had the opportunity to accomplish all of the pre-hearing requirements set forth by the Court's Initial Conference Order. There have been no previous requests for an adjournment of this conference and opposing counsel has consented to this request.

    Thank you very much for your time and consideration in this matter.

*The conference is adjourned to August 15, 2008, at 10:30 AM and the related deadlines are modified accordingly.*

                              Very truly yours,

                SO ORDERED.

                              John C. O'Dea

JOD:aa

                         /s/ 7/14/08
    cc:    Michael Faillace, Esq.  LAURA TAYLOR SWAIN
            Jee-Min Hu, Esq.  UNITED STATES DISTRICT JUDGE

F:\APPLICAT\WP\Wan Chi Corp\L-Swain 07 09 08 wpd\dp