# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor
New York, New York 10022

Faillace@employmentcompliance.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

August 7, 2008

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re:  Robert Espino Barros and Francisco Gaspar, et al. v. Wan Chi Corp. d/b/a
Charlie Mom Chinese Cuisine and Charlie Mom Restaurant, and Wayne
Hon
U.S.D.C., S.D.N.Y., 08-CV-3461

Dear Judge Swain:

We are the attorneys for the Plaintiffs in the above referenced matter. We are writing to request a brief adjournment of the pre-trial conference currently scheduled for Friday, August 15, 2008 at 10:30 a.m. We have been actively engaged in negotiations with Defendants' counsel at the present time, and it would appear that through diligent efforts to resolve this matter, we are making significant progress to that end. Therefore, we believe that our efforts are best served to pursuing this option of settlement, and respectfully request the adjournment to continue this process. This is the Plaintiffs' first request for an extension, and Defendants consent to this request. Defendants had made one prior request for adjournment before, which was granted.

Very truly yours,

Michael Faillace

CC:  John C. O'Dea, Esq.
Jee-Min Hee, Esq.

The conference is adjourned to September 29, 2008 at 12:00pm noon.

SO ORDERED.

LAURA TAYLOR SWAIN  8/11/08
UNITED STATES DISTRICT JUDGE

Certified as a minority-owned business in the State of New York